UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| Winfield Solutions, LLC,<br><br>      Plaintiff,<br>v.<br><br>Fortrex Nutrition LLC,<br><br>      Defendant. | Case No. _____<br><br>**COMPLAINT**<br>**(JURY TRIAL DEMANDED)** |

For its Complaint against Defendant, Plaintiff states and alleges as follows:

**PARTIES, JURISDICTION**
**AND VENUE**

  1.  Plaintiff Winfield Solutions, LLC ("Winfield") is a Delaware limited liability company. Winfield's sole member is Land O'Lakes, Inc. ("Land O'Lakes"). Land O'Lakes is a Minnesota cooperative corporation with its principal place of business located in Arden Hills, Minnesota. Under 28 U.S.C. § 1332(c)(1), Land O'Lakes is a citizen of the State of Minnesota. Because its sole member is a citizen of the State of Minnesota, Winfield is also a citizen of the State of Minnesota.

  2.  Defendant Fortrex Nutrition LLC ("Fortrex") is a Michigan limited liability company. Fortrex's members are Kurt Dufendach and Katrina Dufendach, who are both citizens of the State of Michigan. Because its members are citizens of the State of Michigan, Fortrex is also a citizen of the State of Michigan.

3. The Court has subject-matter jurisdiction over this case under 28 U.S.C. § 1332(a) based upon the complete diversity of citizenship between the parties and the fact that the amount in controversy, exclusive of costs and interest, exceeds the sum of $75,000.00.

4. Venue is proper in this judicial district under 28 U.S.C. § 1391(b)(1).

### FACTS COMMON TO ALL COUNTS

5. Winfield is engaged in the business of producing and distributing crop inputs, including seed.

6. Fortrex is also engaged in the business of distributing crop inputs, including seed.

7. During 2021 and 2022, Fortrex ordered and purchased certain seed products from Winfield ("the Products").

8. Winfield issued invoices to Fortrex for the Products. The balance due under the invoices, after the application of various credits, is $217,341.00. A true and correct summary of the invoices is attached to this Complaint as Exhibit A. True and correct copies of the invoices and credit invoices are collectively attached to this Complaint as Exhibit B.

9. Despite demand, Fortrex has failed and refused to pay the balance due under the invoices for the Products.

10. Winfield has satisfied all conditions to the prosecution of this action.

## COUNT I
## ACTION FOR THE PRICE

Winfield restates all of the foregoing paragraphs of this Complaint and further states and alleges as follows:

11. The Products constitute "goods" under MCL § 440.2105(1).

12. Fortrex ordered the Products from Winfield.

13. Fortrex accepted the Products and resold them to its customers.

14. Under MCL 440.2607(1) and 440.2709(1)(a), Winfield is entitled to recover the balance due under the invoices for the Products from Fortrex in the amount of $217,341.00.

15. Winfield is also entitled to recover prejudgment interest and all of its costs and disbursements from Fortrex.

## COUNT II
## BREACH OF CONTRACT

Winfield restates all of the foregoing paragraphs of this Complaint and further states and alleges as follows:

16. Fortrex contracted and agreed to pay Winfield the purchase price for the Products.

17. Fortrex breached its contractual obligations to Winfield by failing to pay the purchase price for the Products.

18. Winfield is entitled to recover the balance of the purchase price for the Products from Fortrex in the amount of $217,341.00.

19. Winfield is also entitled to recover prejudgment interest and all of its costs and disbursements from Fortrex.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure and the Seventh Amendment to the United States Constitution, Winfield hereby demands a trial by jury.

**WHEREFORE**, Winfield respectfully prays for this Court's judgment as follows:

1. Awarding Winfield money damages against Fortrex in the principal amount of $217,341.00;

2. Awarding Winfield prejudgment interest at the maximum rate permitted by law;

3. Awarding Winfield all of its attorney fees, costs and disbursements; and

4. Granting Winfield all such other and further relief as the Court deems just and equitable under the circumstances.

WINFIELD SOLUTIONS, LLC

Dated: January 27, 2023

By: s/Jonathan C. Miesen
Jonathan C. Miesen
Associate General Counsel-Litigation

4001 Lexington Avenue North
Arden Hills, Minnesota 55126
Telephone: (651) 375-5985
Facsimile: (651) 234-0535
E-mail: jcmiesen@landolakes.com

Attorney for Plaintiff